**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

MICHAEL J. PENDLETON,          :   No. 77 WM 2017
:
            Petitioner       :
:
:
:
            v.               :
:
:
COURT OF COMMON PLEAS OF    :
ALLEGHENY COUNTY,           :
:
            Respondent    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of November, 2017, the Application for Leave to File Original Process, the Petition for Writ of Mandamus, and the Application to Expedite are DISMISSED. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (explaining that hybrid representation is not permissible). The Prothonotary is DIRECTED to forward the filings to counsel of record.